**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CHARLES HERBERT PROCTOR, III and SYNOVA ASSET MANAGEMENT, LLC, on behalf of themselves and all others similarly situated, | |
| Plaintiffs, | Case No. 20 Civ. 05360 (PAE) |
| v. | ECF Case |
| JPMORGAN CHASE & CO., J.P. MORGAN CLEARING CORP., J.P. MORGAN SECURITIES LLC, J.P. MORGAN FUTURES, INC. (now known as J.P. MORGAN SECURITIES LLC), and JOHN DOES 1-50, | |
| Defendants. | |
| ROBERT CHARLES CLASS A, L.P., on Behalf of Itself and All Others Similarly Situated, | |
| Plaintiff, | Case No. 20 Civ. 05298 (PAE) |
| v. | ECF Case |
| J.P. MORGAN CHASE & CO., J.P. MORGAN CLEARING CORP., J.P. MORGAN SECURITIES LLC, J.P. MORGAN FUTURES, INC. (now known as J.P. MORGAN SECURITIES LLC), and JOHN DOES 1-50, | |
| Defendants. | |

**NOTICE OF MOTION TO APPOINT**
**LOWEY DANNENBERG P.C. AND KIRBY McINERNEY LLP**
**AS INTERIM CO-LEAD COUNSEL**

THOMAS GRAMATIS, on Behalf of himself and All Others Similarly Situated,

     Plaintiff,

   v.

JPMORGAN CHASE & CO., J.P. MORGAN CLEARING CORP., J.P. MORGAN SECURITIES LLC, J.P. MORGAN FUTURES, INC. (now known as J.P. MORGAN SECURITIES LLC), and JOHN DOES 1-50,

     Defendants.

Case No. 20 Civ. 05918 (PAE)
ECF Case

BUDO TRADING LLC, Individually and on Behalf of All Others Similarly Situated,

     Plaintiff,

   v.

J.P. MORGAN CHASE & CO., J.P. MORGAN CLEARING CORP., J.P. MORGAN SECURITIES LLC, J.P. MORGAN FUTURES, INC. (now known as J.P. MORGAN SECURITIES LLC), and JOHN DOES 1-50,

     Defendants.

Case No. 20 Civ. 05772 (PAE)
ECF Case

[*caption continued next page*]

|  |  |
|---|---|
| ENDEAVOR TRADING, LLC, individually and on behalf of all those similarly situated,<br><br>             Plaintiff,<br><br>   v.<br><br>JPMORGAN CHASE & CO., J.P. MORGAN CLEARING CORP., J.P. MORGAN SECURITIES LLC, J.P. MORGAN FUTURES, INC. (now known as J.P. MORGAN SECURITIES LLC), and JOHN DOES 1-50,<br><br>             Defendants. | Case No. 20 Civ. 05285 (PAE)<br>ECF Case |
| JOHN GRACE, individually and on behalf of all those similarly situated,<br><br>             Plaintiff,<br><br>   v.<br><br>JPMORGAN CHASE & CO., J.P. MORGAN CLEARING CORP., J.P. MORGAN SECURITIES LLC, J.P. MORGAN FUTURES, INC. (now known as J.P. MORGAN SECURITIES LLC), and JOHN DOES 1-50,<br><br>             Defendants. | Case No. 20 Civ. 04523 (PAE)<br>ECF Case |

[*caption continued next page*]

BREAKWATER TRADING LLC,
individually and on behalf of all those
similarly situated,

                  Plaintiff,

      v.

JPMORGAN CHASE & CO., J.P.
MORGAN CLEARING CORP., J.P.
MORGAN SECURITIES LLC, J.P.
MORGAN FUTURES, INC. (now known
as J.P. MORGAN SECURITIES LLC),
and JOHN DOES 1-50,

                  Defendants.

Case No. 20 Civ. 03515 (PAE)
ECF Case

PLEASE TAKE NOTICE that Plaintiffs Charles Herbert Proctor, III and Synova Asset Management, LLC, through their undersigned attorneys, will and do hereby move this Court before The Honorable Paul A. Engelmayer Courtroom 1305, at the United States Courthouse for the Southern District of New York, Thurgood Marshall Courthouse, 40 Foley Square, at a time and date to be set by the Court, for entry of an Order: (1) appointing as Interim Co-Lead Counsel the firms of Lowey Dannenberg, P.C. and Kirby McInerney LLP (collectively, "Movants"), pursuant to Rule 23(g) of the Federal Rule of Civil Procedure; and (2) granting such other relief as the Court may deem appropriate.

Please take further notice, that, in support of this motion, Movants rely on this Notice of Motion, the accompanying Memorandum of Law, and the Declaration of Karen M. Lerner with attached exhibits, and all other papers and proceedings had herein.

Dated: August 21, 2020

**KIRBY McINERNEY LLP**

*/s/ Karen M. Lerner*
Karen M. Lerner
David E. Kovel
Anthony E. Maneiro
250 Park Avenue, Suite 820
New York, New York 10177
Telephone: (212) 371-6600
Email: klerner@kmllp.com
   dkovel@kmllp.com
   amaneiro@kmllp.com

**LOWEY DANNENBERG, P.C.**

*/s/ Vincent Briganti*
Vincent Briganti
Raymond P. Girnys
Margaret MacLean
44 South Broadway, Suite 1100
White Plains, New York 10601
Telephone: (914) 997-0500

Email: vbriganti@lowey.com
rgirnys@lowey.com
mmaclean@lowey.com

*Counsel for Plaintiffs Charles Herbert*
*Proctor, III and Synova Asset*
*Management, LLC*